**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    VS                                    CASE NO.  3:08mj358/MD

GEORGE H. MILLS

**REFERRAL AND ORDER**

Referred to Magistrate Judge Davis on   December 18, 2008

Type of Motion/Pleading: Motion for Order of Dismissal

Filed by: USA                   on 12/18/08     Document   6

( )  Stipulated/Consented/Joint Pleading

RESPONSES:

_____ on _____ Doc.# _____

_____ on _____ Doc.# _____

WILLIAM M. McCOOL, CLERK OF COURT

_Joanne Ahr_

Deputy Clerk: Joanne Ahr

**ORDER**

Upon consideration of the foregoing, it is ORDERED this __18TH__ day of

December, 2008, that:

(a)   The requested relief is GRANTED.

(b)   _____

_____

_Miles Davis_

MILES DAVIS
UNITED STATES MAGISTRATE JUDGE

Entered On Docket: _____ By: ___

Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP

Copies sent to:_____

_____

_____

Document No.